**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS GOMEZ ISLAS,<br><br>PLAINTIFF(S)<br>v.<br>CITY OF LOS ANGELES, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:26-cv-13204 JAK (DSRx)<br><br>**ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE**<br>☒ FOR DISCOVERY<br>☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

his previous representation of the City of Los Angeles, prior to his appointment as a Magistrate Judge,

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

November 23, 2026
Date

United States Magistrate Judge

**NOTICE TO COUNSEL FROM THE CLERK**

This case has been randomly referred to Magistrate Judge Diana M. Kwok. On all documents subsequently filed in this case, please substitute the initials DMK after the case number in place of the initials of the prior judge, so that the case number will read 2:26-cv-13204-JAK-DMKx . This is very important because the documents are routed to the assigned judges by means of these initials

*cc: Previous Magistrate Judge*